

About Us | Our Approach | Team | Portfolio | News | Contact | Lime Rock Resources

# How to Reach Us

Lime Rock Partners can be reached at any of the following locations:



## Houston



Heritage Plaza, Suite 4600
1111 Bagby Street
Houston, TX 77002
USA

**PHONE:** 713.292.9500

Directions

## Westport



274 Riverside Avenue
Suite 3
Westport, CT 06880
USA

**PHONE:** 203.293.2750

Directions

Disclosure

© 2020 LIME ROCK PARTNERS. ALL RIGHTS RESERVED.

