

About Us     Our Approach     Team     Portfolio     News     Contact     Lime Rock Resources

# Who We Are



## Ben Burns
### Vice President

Ben Burns joined the Lime Rock Partners team in 2014 and is now a Vice President in the firm's Houston office. Prior to joining Lime Rock, Ben was an analyst in the Natural Resources Investment Banking Group of Barclays where he worked on financial advisory and debt and equity offering transactions. He is a graduate of the Mays School of Business at Texas A&M University (M.S., B.B.A.).

Since joining the Lime Rock Partners team, Ben has played a critical role in investigating and executing oilfield service and E&P investment opportunities in North America and internationally. He currently serves on the board of directors of Axis Energy Services, Rod and Tubing Services, and Silvertip Completion Services and has been particularly involved in Lime Rock Partners' investment in Augustus Energy Partners II, Basin Properties, Battlecat Oil & Gas, CrownRock, CrownRock Minerals, GEODynamics, Reelwell, San Jacinto Minerals, Southwest Oilfield Products, and Tercel.

**PORTFOLIO HIGHLIGHTS**

 

 

 

EXHIBIT C(1)

Back to Team

 



Disclosure

© 2020 LIME ROCK PARTNERS. ALL RIGHTS RESERVED.