Search      1   

 **Will Franklin**
MD at Lime Rock Partners | Oilfield Investment Professional
Connect | Message | More...



Connect | Message | More...

## Will Franklin · 2nd
MD at Lime Rock Partners | Oilfield Investment Professional

Houston, Texas · 500+ connections · Contact info

 Lime Rock Partners
 Harvard Business School

### Highlights

 **7 mutual connections**
You and Will both know David Sterling, Tom Lloyd, and 5 others

### About

Senior private equity professional with a primary focus of providing growth equity and strategic guidance to companies in the upstream oil and gas industry. Over twenty years of experience analyzing and assessing businesses; structuring transactions; and leading multidisciplinary teams in the evaluation, negotiation, and diligence of oilfield in ... see more

### Activity
2,140 followers

See all

Sorry for you loss, Matt. This is a nice tribute to your father, and his legacy.
Will commented

### Experience

 **Managing Director**
Lime Rock Partners
Feb 2003 – Present · 17 yrs 8 mos
Houston

Lime Rock is a private equity investment firm specializing in the energy sector. Lime Rock currently manages $3.5 billion in total capital commtiments from large institutional investors.
www.lrpartners.com

 **Member Board Of Directors**

**Promoted**

 Retirement
Find Out in
to Retire Co

 Rice Busin
MBA@Rice—
entreprene

 Headhunte
for executive
network for

**People Also Viewed**

 Robert L
Associate
Partners

 Peter Be
Executive
Datagrati

 Ike Epley
Vice Chair
DATAGRA

 Russell W
· 2nd
Managing
Energy Ca

Nameer
· 2nd
Global Co
Investmen

Damon
Corporate
at Carrollt

Andrew
Winther
Vice Presi
Rock Partn

 Clint We
Managing
Post Oak

Charlie L

 Messaging

EXHIBIT
D(2)




  Search 

**Will Franklin**
MD at Lime Rock Partners | Oilfield Investment Professional

continuous improvement approach, to deliver on our commitments to our Clients.


**Member Board of Directors**
Shelf Drilling Inc.
Sep 2012 – Present · 8 yrs 1 mo

Shelf Drilling is exclusively focused on providing best-in-class shallow water drilling services
oil and gas industry.

Compensation Committee - Member


**Member Board of Directors**
Airis Wellsite Services
Dec 2014 – Present · 5 yrs 10 mos

Airis Wellsite Services (formerly KSW Environmental) provides dust control systems for energy
producers, well simulation contractors, or environmental support/container providers. Airis'
equipment maximizes dust collection at the six points designated by the National Institute for
Occupational Safety & Health (NIOSH) as dust emitting areas. The company's systems ar …see


**Member Board of Directors**
Arsenal Resources
Jan 2020 – Present · 9 mos


**Board Director**
Xtreme Drilling and Coil Services
Feb 2014 – Sep 2018 · 4 yrs 8 mos
Houston, Texas Area

Board Member; Audit Committee - Member; Corporate Governance and Nominating Committee - Chair; Compensation Committee - Member


**Member Board of Directors**
GEODynamics B.V.
Nov 2011 – Jan 2018 · 6 yrs 3 mos

GEODynamics helps operators and service companies complete more profitable wells. For
conventional, unconventional, and deep water reservoirs, GEODynamics' CONNEX® and RaZor®
perforating technologies deliver Seven Performance Drivers that are proven to enhance profitability.


**Board Director**
Southwest Oilfield Products Inc.
2006 – 2015 · 9 yrs

Southwest Oilfield Products is a premier oil and gas equipment manufacturer that provides its
global customer base with best-in-class well servicing equipment and mud pump solutions.
Southwest manufactures rugged and reliable equipment for its customers' specific needs including
Mud Pump Fluid Ends, Frac Pump Fluid Ends, Frac Pumps, Coil Tubing Units & Injectors, l …see more


**Board Director**
UTEC International
Aug 2010 – Nov 2014 · 4 yrs 4 mos

UTEC has become one of the fastest growing offshore survey contracting companies in the world.
This has been achieved by maintaining a successful track record in the effective provision of
services to customers in the oil and gas markets and to the submarine telecommunications

 Messaging

 Search  

 **Will Franklin**
MD at Lime Rock Partners | Oilfield Investment Professional

PDC Mountaineer was a joint venture ("JV") formed in 2009 between PDC Energy and Lime Rock Partners. Headquartered in Bridgeport, West Virginia, the JV was focused on exploration and development of natural gas in the Marcellus Shale play.

 **Board Director**
Hercules Offshore
2004 – 2005 · 1 yr
Houston, Texas Area

I joined the board of Hercules upon its founding with an investment from Lime Rock. I served on the board up until the day of its IPO, at which time I stepped off the board to make room for independent directors.

**Associate**
Riverstone Holdings LLC
Jul 2000 – Feb 2003 · 2 yrs 8 mos
New York, NY

Energy-focused private equity group, that was then affiliated with The Carlyle Group. I was responsible for evaluating, negotiating, and performing diligence on investment opportunities in the oilfield services and midstream verticals.

 **Summer Consultant**
L.E.K. Consulting
Jun 1999 – Aug 1999 · 3 mos

Spent a good summer in London working for one of the premiere management and strategy consulting firms, with a particular emphasis of working for private equity firms on due diligence assignments/market assessments.

 **Analyst**
Simmons & Company International
Jul 1996 – Jul 1998 · 2 yrs 1 mo
Houston, Texas Area

Boutique energy investment bank. I focused on oilfield services sell-side advisory, M&A, and equity offerings.

 **Senior Financial Analyst**
Parker & Parsley Petroleum Co
Jan 1995 – Jul 1996 · 1 yr 7 mos
Midland Texas

Financial analyst in the Corporate Development group of a then Midland-based exploration and production company. Projects included acquisitions, divestitures, refinancings, capital budgeting and strategic analysis.

Show 1 more experience ⌄    Show fewer experiences ⌃

## Education

 **Harvard Business School**
MBA, General Business
1998 – 2000

 Messaging



University of Texas at Austin
BBA, Honors Business, Finance
1990 – 1994
Activities and Societies: Honors Business Association

University of Texas at Austin
BA, Plan II
1990 – 1994
Activities and Societies: Kappa Alpha Order

Tivy High School
1986 – 1990

Show fewer education

## Volunteer Experience

**10th Grade Teacher**
Tallowood Baptist Church
Aug 2019 – Present  •  1 yr 2 mos

**Board Member**
The Forge For Families Inc.
Oct 2018 – Present  •  2 yrs
Children

To foster a fun Christ-centered environment through strategic investment and collaboration to inspire and empower participants' spiritual, educational and economic growth.

The FORGE's programs provide platforms to build relationships to encourage, challenge, teach, inspire, celebrate and grow with the families it serves. The common thread running through its programs is the Law of Christ- "to love your neighbor as yourself."

**Board of Advisors**
Hill Country Youth Ranch
Children

Established in 1977, Hill Country Youth Ranch is a non-profit charitable corporation licensed by the Texas Department of Family and Protective Services to provide long-term therapeutic care for abused and orphaned children at all levels of trauma and need.

HCYR operates three campuses, all located northwest of San Antonio in the Texas Hill Country. All three campuses feature family-style homes, state-of-the art charter schools for grades K - 12, amazing recreational facilities, and spacious, beautiful grounds.

Taking an individualized approach, HCYR offers a broad continuum of services, including residential treatment for severely traumatized children, family care for those who have stabilized, transitional living for young adults, and life-long family-based support for alumni.

Show 2 more experiences


Messaging



Energy Industry

Petroleum

Show more



Messaging