**From:** Will Franklin
**Sent:** Wednesday, April 29, 2020 6:31 AM
**To:** Jeff Steen; Lloyd Hajdik
**CC:** Greg Highberger
**Subject:** RE: HCPerf - OIS

Jeff,

Thursday at 5pm works for us.

Thanks,
Will

**From:** Jeff Steen <jeff.steen@oilstates.com>
**Sent:** Tuesday, April 28, 2020 10:43 PM
**To:** Will Franklin <wf@lrpartners.com>; Lloyd Hajdik <lloyd.hajdik@oilstates.com>
**Cc:** Greg Highberger <gh@lrpartners.com>
**Subject:** Re: HCPerf - OIS

EXTERNAL EMAIL

Howdy Will -

Same to you guys, hope you are safe and sane in these trying times.

The next few days are hectic on our end, but is a call at 5 PM or so on Thursday possible ?   Friday is out for Lloyd and I.

Stay safe!

Regards — JEFF

**From:** Will Franklin <wf@lrpartners.com>
**Sent:** Tuesday, April 28, 2020 4:45 PM
**To:** Jeff Steen; Lloyd Hajdik
**Cc:** Greg Highberger
**Subject:** HCPerf - OIS

EXTERNAL EMAIL

Jeff/Lloyd,

As all emails these days start, I hope you and yours are safe and healthy.

Greg and I wanted to run something by the two of you and wanted to see if you were available on Thursday at 4pm or Friday anytime after 11am CDT?  It should be a relatively quick call.

Regards,
Will



**Will Franklin**
**Lime Rock Partners**
1111 Bagby Street, Suite 4600
Houston, TX 77002
o 713.292.9500
f 713.292.9551
e wf@lrpartners.com

Our parking garage is not in our building and can be found here.  There is tunnel access to our building during inclement weather.

Please note that Lime Rock is a registered investment advisor with the SEC.  All of my emails are subject to review at any time by Lime Rock, the SEC, or other interested parties.

**From:** Lloyd Hajdik
**Sent:** Wednesday, April 29, 2020 7:12 AM
**To:** Will Franklin; Jeff Steen
**CC:** Greg Highberger
**Subject:** RE: HCPerf - OIS


Will, I will send around a meeting invite. Do you all use Skype?

Lloyd Hajdik
EVP and CFO
Oil States International (NYSE: OIS)
lloyd.hajdik@oilstates.com
Office: (713) 425-2374
Cell: (832) 768-2668

**From:** Will Franklin [mailto:wf@lrpartners.com]
**Sent:** Wednesday, April 29, 2020 6:31 AM
**To:** Jeff Steen <jeff.steen@oilstates.com>; Lloyd Hajdik <lloyd.hajdik@oilstates.com>
**Cc:** Greg Highberger <gh@lrpartners.com>
**Subject:** RE: HCPerf - OIS


EXTERNAL EMAIL

Jeff,

Thursday at 5pm works for us.

Thanks,
Will

**From:** Jeff Steen <jeff.steen@oilstates.com>
**Sent:** Tuesday, April 28, 2020 10:43 PM
**To:** Will Franklin <wf@lrpartners.com>; Lloyd Hajdik <lloyd.hajdik@oilstates.com>
**Cc:** Greg Highberger <gh@lrpartners.com>
**Subject:** Re: HCPerf - OIS


EXTERNAL EMAIL

Howdy Will -

Same to you guys, hope you are safe and sane in these trying times.

The next few days are hectic on our end, but is a call at 5 PM or so on Thursday possible ?   Friday is out for Lloyd and I.

Stay safe!

Regards — JEFF

**From:** Will Franklin <wf@lrpartners.com>
**Sent:** Tuesday, April 28, 2020 4:45 PM

**To:** Jeff Steen; Lloyd Hajdik
**Cc:** Greg Highberger
**Subject:** HCPerf - OIS

**EXTERNAL EMAIL**

Jeff/Lloyd,

As all emails these days start, I hope you and yours are safe and healthy.

Greg and I wanted to run something by the two of you and wanted to see if you were available on Thursday at 4pm or Friday anytime after 11am CDT?  It should be a relatively quick call.

Regards,
Will

**Will Franklin**
**Lime Rock Partners**
1111 Bagby Street, Suite 4600
Houston, TX 77002
o 713.292.9500
f 713.292.9551
e wf@lrpartners.com

Our parking garage is not in our building and can be found here.  There is tunnel access to our building during inclement weather.

Please note that Lime Rock is a registered investment advisor with the SEC.  All of my emails are subject to review at any time by Lime Rock, the SEC, or other interested parties.

**From:** Lloyd Hajdik
**Sent:** Wednesday, April 29, 2020 7:13 AM
**To:** Will Franklin; Jeff Steen
**CC:** Greg Highberger
**Subject:** RE: HCPerf - OIS

Never mind. I see your invite. Thanks.

Lloyd Hajdik
EVP and CFO
Oil States International (NYSE: OIS)
lloyd.hajdik@oilstates.com
Office: (713) 425-2374
Cell: (832) 768-2668

**From:** Will Franklin [mailto:wf@lrpartners.com]
**Sent:** Wednesday, April 29, 2020 6:31 AM
**To:** Jeff Steen <jeff.steen@oilstates.com>; Lloyd Hajdik <lloyd.hajdik@oilstates.com>
**Cc:** Greg Highberger <gh@lrpartners.com>
**Subject:** RE: HCPerf - OIS

**EXTERNAL EMAIL**

Jeff,

Thursday at 5pm works for us.

Thanks,
Will

**From:** Jeff Steen <jeff.steen@oilstates.com>
**Sent:** Tuesday, April 28, 2020 10:43 PM
**To:** Will Franklin <wf@lrpartners.com>; Lloyd Hajdik <lloyd.hajdik@oilstates.com>
**Cc:** Greg Highberger <gh@lrpartners.com>
**Subject:** Re: HCPerf - OIS

**EXTERNAL EMAIL**

Howdy Will -

Same to you guys, hope you are safe and sane in these trying times.

The next few days are hectic on our end, but is a call at 5 PM or so on Thursday possible ?   Friday is out for Lloyd and I.

Stay safe!

Regards — JEFF

**From:** Will Franklin <wf@lrpartners.com>
**Sent:** Tuesday, April 28, 2020 4:45 PM

**To:** Jeff Steen; Lloyd Hajdik
**Cc:** Greg Highberger
**Subject:** HCPerf - OIS

<mark>**EXTERNAL EMAIL**</mark>

Jeff/Lloyd,

As all emails these days start, I hope you and yours are safe and healthy.

Greg and I wanted to run something by the two of you and wanted to see if you were available on Thursday at 4pm or Friday anytime after 11am CDT?  It should be a relatively quick call.

Regards,
Will

**Will Franklin**
**Lime Rock Partners**
1111 Bagby Street, Suite 4600
Houston, TX 77002
o 713.292.9500
f 713.292.9551
e wf@lrpartners.com

Our parking garage is not in our building and can be found here.  There is tunnel access to our building during inclement weather.

Please note that Lime Rock is a registered investment advisor with the SEC.  All of my emails are subject to review at any time by Lime Rock, the SEC, or other interested parties.

**From:** Jeff Steen
**Sent:** Wednesday, April 29, 2020 8:29 AM
**To:** Will Franklin; Lloyd Hajdik
**CC:** Greg Highberger
**Subject:** Re: HCPerf - OIS


Good deal, thanks.   JEFF

---

**From:** Will Franklin <wf@lrpartners.com>
**Sent:** Wednesday, April 29, 2020 6:30:34 AM
**To:** Jeff Steen <jeff.steen@oilstates.com>; Lloyd Hajdik <lloyd.hajdik@oilstates.com>
**Cc:** Greg Highberger <gh@lrpartners.com>
**Subject:** RE: HCPerf - OIS


<mark>**EXTERNAL EMAIL**</mark>

Jeff,

Thursday at 5pm works for us.

Thanks,
Will

---

**From:** Jeff Steen <jeff.steen@oilstates.com>
**Sent:** Tuesday, April 28, 2020 10:43 PM
**To:** Will Franklin <wf@lrpartners.com>; Lloyd Hajdik <lloyd.hajdik@oilstates.com>
**Cc:** Greg Highberger <gh@lrpartners.com>
**Subject:** Re: HCPerf - OIS


<mark>EXTERNAL EMAIL</mark>

Howdy Will -

Same to you guys, hope you are safe and sane in these trying times.

The next few days are hectic on our end, but is a call at 5 PM or so on Thursday possible ?   Friday is out for Lloyd and I.

Stay safe!

Regards — JEFF

---

**From:** Will Franklin <wf@lrpartners.com>
**Sent:** Tuesday, April 28, 2020 4:45 PM
**To:** Jeff Steen; Lloyd Hajdik
**Cc:** Greg Highberger
**Subject:** HCPerf - OIS

**EXTERNAL EMAIL**

Jeff/Lloyd,

As all emails these days start, I hope you and yours are safe and healthy.

Greg and I wanted to run something by the two of you and wanted to see if you were available on Thursday at 4pm or Friday anytime after 11am CDT?  It should be a relatively quick call.

Regards,
Will

**Will Franklin**
**Lime Rock Partners**
1111 Bagby Street, Suite 4600
Houston, TX 77002
o 713.292.9500
f 713.292.9551
e wf@lrpartners.com

Our parking garage is not in our building and can be found here.  There is tunnel access to our building during inclement weather.

Please note that Lime Rock is a registered investment advisor with the SEC.  All of my emails are subject to review at any time by Lime Rock, the SEC, or other interested parties.

| | |
|---|---|
| **From:** | Will Franklin |
| **To:** | Lias Steen (jeff.steen@oilstates.com); lloyd.hajdik@oilstates.com; Greg Highberger |
| **Subject:** | HCPerf Call with OIS |

Will Franklin's Meeting Room:

Iphone friendly  +1 (855) 633-2040,2490509#

First, click: https://meet.loopup.com/G7f8MZW

   Know who's on and who's speaking

   LoopUp calls your phone – no need to dial in

   And view when the leader shares their screen

Or, if you are offline, dial in:

(by joining, you agree to the privacy policy at loopup.com)

Guest Dial-in Code: 2490509#

   USA: +1 (855) 633-2040

   Saudi Arabia: 800 844 2731

   UAE: 8000 3570 3199

   UK: 0800 279 8160

   USA (Toll): +1 (312) 212-3078

Service provided by LoopUp

**From:** Will Franklin
**Sent:** Friday, May 1, 2020 5:17 PM
**To:** Jeff Steen
**CC:** Lloyd Hajdik; Greg Highberger
**Subject:** Re: HCPerf - OIS

Jeff/Lloyd,

Thanks for the call yesterday.  You requested where in the PSA a carryback would be addressed, and we would primarily point you to Section 5.10(d) which is pasted below.

(d)     Refunds. The amount or economic benefit of any refund (whether in cash or as a credit against or offset to any Tax) of any Tax of the Acquired Entities attributable to any Pre-Closing Tax Period received by the Buyer, any Acquired Entity, or any of their respective Affiliates, but only if and to the extent such refund of Taxes exceeds the amount, if any, taken into account in the final and binding Closing Working Capital, shall be for the account of the Seller. Any such amount (including any interest received thereon) shall be paid by the Buyer to the Seller within five days after any such refund is received, credited or applied as an offset, as the case may be.

It sounds as though Lloyd thought you had perhaps used GEODynamics NOLs for carryback purposes already, but was not sure.  As we think about our proposal, it would be helpful to know what you have already applied for, which I think would be pretty easy as you would likely have had to have filed Forms 1139 for the GEODynamics entities.

Thanks,
Will

Will Franklin
Lime Rock Partners
o 713-292-9500

On Apr 28, 2020, at 10:43 PM, Jeff Steen <jeff.steen@oilstates.com> wrote:

EXTERNAL EMAIL
Howdy Will -

Same to you guys, hope you are safe and sane in these trying times.

The next few days are hectic on our end, but is a call at 5 PM or so on Thursday possible ?   Friday is out for Lloyd and I.

Stay safe!

Regards — JEFF

_____
From: Will Franklin <wf@lrpartners.com>
Sent: Tuesday, April 28, 2020 4:45 PM
To: Jeff Steen; Lloyd Hajdik
Cc: Greg Highberger
Subject: HCPerf - OIS

EXTERNAL EMAIL

Jeff/Lloyd,

As all emails these days start, I hope you and yours are safe and healthy.

Greg and I wanted to run something by the two of you and wanted to see if you were available on Thursday at 4pm or Friday anytime after 11am CDT?  It should be a relatively quick call.

Regards,
Will

Will Franklin
Lime Rock Partners
1111 Bagby Street, Suite 4600
Houston, TX 77002
o 713.292.9500
f 713.292.9551
e wf@lrpartners.com<mailto:wf@lrpartners.com>

Our parking garage is not in our building and can be found here<https://maps.google.com/maps?f=d&source=s_d&saddr=&daddr=29.758188,-95.372626&hl=en&geocode=&mra=dme&mrsp=1&sz=18&sll=29.758859,-95.372669&sspn=0.003288,0.004828&ie=UTF8&t=h&z=18>.  There is tunnel access to our building during inclement weather.

Please note that Lime Rock is a registered investment advisor with the SEC.  All of my emails are subject to review at any time by Lime Rock, the SEC, or other interested parties.

**From:** Bill Maxwell
**Sent:** Friday, May 8, 2020 2:06 PM
**To:** wf@lrpartners.com
**CC:** gh@lrpartners.com; Lloyd Hajdik; Jeff Steen
**Subject:** HCPerf/OIS


Dear Will,

Lloyd, Jeff  and I have reviewed your email correspondence of May 1.   For a number of reasons, we disagree that
Section 5.10(d) of the SPA captures the NOLs.  The value of the NOLs as a carryback item only arose with passage of the
CARES Act in March of this year.  The economic benefit of any refund, then, is attributable to a post-closing, not a pre-
closing, tax period (namely, the current tax period).
Furthermore, under applicable law as it existed at the time the transaction closed, carrybacks of the 2018 NOLs were not
permitted.  As such, both parties understood the NOLs to be an asset of the company that passed in the sale, the value
of which could only be realized in the future.  At that time, Section 5.10(d) could not possibly have captured the
NOLs.   To read it as doing so now would deprive us of an asset that we purchased in the transaction.


Thanks
Bill


WILLIAM E. MAXWELL
SENIOR COUNSEL

OIL STATES INTERNATIONAL, INC.
LEGAL DEPARTMENT
THREE ALLEN CENTER
333 CLAY STREET, 46TH FLOOR
HOUSTON, TEXAS 77002
(713) 470-4863 (direct)
(713) 652-0499 - fax


**CONFIDENTIALITY NOTICE**

THIS ELECTRONIC MESSAGE TRANSMISSION CONTAINS INFORMATION WHICH IS PRIVILEGED AND CONFIDENTIAL.  THE TERM "PRIVILEGED AND
CONFIDENTIAL" INCLUDES, WITHOUT LIMITATION, ATTORNEY-CLIENT PRIVILEGED COMMUNICATIONS, ATTORNEY WORK PRODUCT, TRADE
SECRETS, AND ANY OTHER CONFIDENTIAL OR PROPRIETARY INFORMATION.  IN TRANSMITTING THIS COMMUNICATION, THE SENDER DOES NOT
WAIVE ANY CLAIM TO PRIVILEGE OR CONFIDENTIALITY.  THE INFORMATION IS INTENDED TO BE FOR THE USE OF THE INDIVIDUAL OR ENTITY
NAMED ABOVE.  IF YOU ARE NOT THE INTENDED RECIPIENT, BE AWARE THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR USE OF THE
CONTENTS OF THIS TRANSMISSION IS PROHIBITED.  IF YOU HAVE RECEIVED THIS ELECTRONIC MESSAGE TRANSMISSION IN ERROR, PLEASE NOTIFY
ME IMMEDIATELY BY REPLY EMAIL (OR VOICE) AND DELETE THE ORIGINAL MESSAGE.  THANK YOU.

**From:** Will Franklin
**Sent:** Tuesday, May 12, 2020 11:50 AM
**To:** Lias Steen (jeff.steen@oilstates.com)
**Subject:** Catch Up?


Do you have 15 minutes for a one-on-one catchup today?  I'm free between 3-6pm if something in that window works for you.

W

**Will Franklin**
**Lime Rock Partners**
1111 Bagby Street, Suite 4600
Houston, TX 77002
o 713.292.9500
f 713.292.9551
e wf@lrpartners.com

Our parking garage is not in our building and can be found here.  There is tunnel access to our building during inclement weather.

Please note that Lime Rock is a registered investment advisor with the SEC.  All of my emails are subject to review at any time by Lime Rock, the SEC, or other interested parties.

**From:** Will Franklin
**Sent:** Tuesday, June 2, 2020 3:38 PM
**To:** Jeff Steen
**Subject:** RE: Limerock / GEO

Sounds good.

---

**From:** Jeff Steen <jeff.steen@oilstates.com>
**Sent:** Tuesday, June 2, 2020 3:27 PM
**To:** Will Franklin <wf@lrpartners.com>
**Subject:** Re: Limerock / GEO

<mark>EXTERNAL EMAIL</mark>

**2 PM works great.  Thanks,  JEFF**

_____

**LIAS J. "JEFF" STEEN**

**OIL STATES INTERNATIONAL, INC.**

**EXECUTIVE VICE PRESIDENT - LEGAL AND HUMAN RESOURCES**

**333 CLAY STREET, SUITE 4620**

**HOUSTON, TEXAS  77002**

**(O) 713-470-4811 / (CELL) 713-724-9629**

**JEFF.STEEN@OILSTATES.COM**

---

**From:** Will Franklin <wf@lrpartners.com>
**Sent:** Tuesday, June 2, 2020 2:37 PM
**To:** Jeff Steen <jeff.steen@oilstates.com>
**Subject:** RE: Limerock / GEO

<mark>**EXTERNAL SENDER: This e-mail originated from outside of Oil States. Do not click links or open attachments unless you recognize the sender and know the content is safe.**</mark>

I'm available from 1-3pm.  Does something work then?

---

**From:** Jeff Steen <jeff.steen@oilstates.com>
**Sent:** Tuesday, June 2, 2020 12:32 PM
**To:** Will Franklin <wf@lrpartners.com>
**Subject:** Limerock / GEO

EXTERNAL EMAIL

**Will --- How does your schedule look for a call tomorrow ?  My best times would be after lunch.**

**Thanks and regards,  JEFF**

_____
LIAS J. "JEFF" STEEN
OIL STATES INTERNATIONAL, INC.
Executive Vice President - Legal and Human Resources
333 Clay Street, Suite 4620
Houston, Texas  77002

(O) 713-470-4811 / (Cell) 713-724-9629
JEFF.STEEN@OILSTATES.COM

**From:** Will Franklin
**Sent:** Monday, August 10, 2020 4:14 PM
**To:** Jeff Steen
**Subject:** RE: HC Perf - Catch Up

Thanks.  I'll call your cell then, unless there is a preferred number.  Just sent you a calendar invite.

W

---

**From:** Jeff Steen <jeff.steen@oilstates.com>
**Sent:** Monday, August 10, 2020 3:56 PM
**To:** Will Franklin <wf@lrpartners.com>
**Subject:** Re: HC Perf - Catch Up

EXTERNAL EMAIL

**Hi Will ----  How about 10:30 AM tomorrow ?**

**We are all good on this end, although the madness seems to continue.  Stay safe and talk tomorrow.**

**Regards,  JEFF**

_____

**LIAS J. "JEFF" STEEN**

**OIL STATES INTERNATIONAL, INC.**

**EXECUTIVE VICE PRESIDENT - LEGAL AND HUMAN RESOURCES**

**333 CLAY STREET, SUITE 4620**

**HOUSTON, TEXAS  77002**

**(O) 713-470-4811 / (CELL) 713-724-9629**

**JEFF.STEEN@OILSTATES.COM**

---

**From:** Will Franklin <wf@lrpartners.com>
**Sent:** Monday, August 10, 2020 3:15 PM
**To:** Jeff Steen <jeff.steen@oilstates.com>
**Subject:** HC Perf - Catch Up

**EXTERNAL SENDER: This e-mail originated from outside of Oil States. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

Hey Jeff,

Let me know when might be convenient for a 10 minute catch up call.  I'm free mid morning tomorrow (b/w 9:30-11am) and after lunch.

Hope you are well.
Will

**Will Franklin**
**Lime Rock Partners**
1111 Bagby Street, Suite 4600
Houston, TX 77002
o 713.292.9500
f 713.292.9551
e wf@lrpartners.com

Our parking garage is not in our building and can be found here.  There is tunnel access to our building during inclement weather.

Please note that Lime Rock is a registered investment advisor with the SEC.  All of my emails are subject to review at any time by Lime Rock, the SEC, or other interested parties.

**From:** Benjamin Burns
**Sent:** Tuesday, September 1, 2020 8:45 PM
**To:** Ellen Pennington
**CC:** Lori Mettille; Clay Hodges
**Subject:** RE: Case

Great, thank you.

---

**From:** Ellen Pennington <ellen.pennington@oilstates.com>
**Sent:** Tuesday, September 1, 2020 4:50 PM
**To:** Benjamin Burns <bburns@lrpartners.com>
**Cc:** Lori Mettille <Lori.Mettille@mossadams.com>; Clay Hodges <Clay.Hodges@mossadams.com>
**Subject:** RE: Case

<mark>EXTERNAL EMAIL</mark>

Ben,
My apologies, I  accidentally grabbed the wrong version.
Executed version by Lloyd attached as img.pdf.



ELLEN PENNINGTON
Counsel & Assistant Corporate Secretary
O: +1 713.470.4870 | M: +1 713.470.4870
E: ellen.pennington@oilstates.com
A: 333 Clay St., Suite 4620 | Houston, TX 77002



---

**From:** Benjamin Burns <bburns@lrpartners.com>
**Sent:** Tuesday, September 1, 2020 4:32 PM
**To:** Ellen Pennington <ellen.pennington@oilstates.com>
**Cc:** Lori Mettille <Lori.Mettille@mossadams.com>; Clay Hodges <Clay.Hodges@mossadams.com>
**Subject:** RE: Case

<mark>**EXTERNAL SENDER: This e-mail originated from outside of Oil States. Do not click links or open attachments unless you recognize the sender and know the content is safe.**</mark>

Thanks Ellen. It appears that Lloyd has not executed the updated POA. Would you mind circulating the executed version?

Thanks,
Ben

---

**From:** Ellen Pennington <ellen.pennington@oilstates.com>
**Sent:** Tuesday, September 1, 2020 3:23 PM
**To:** Benjamin Burns <bburns@lrpartners.com>

**Cc:** Lori Mettille <Lori.Mettille@mossadams.com>; Clay Hodges <Clay.Hodges@mossadams.com>
**Subject:** RE: Case

<mark>EXTERNAL EMAIL</mark>

Hi Ben,
Apologies for the confusion this caused.  Attached is the executed POA for Moss Adams as well as the POA that should remain in place as well and be attached as required by section 6.
Thank you,



ELLEN PENNINGTON
Counsel & Assistant Corporate Secretary
O: +1 713.470.4870 | M: +1 713.470.4870
E: ellen.pennington@oilstates.com
A: 333 Clay St., Suite 4620 | Houston, TX 77002



---

**From:** Benjamin Burns <bburns@lrpartners.com>
**Sent:** Monday, August 31, 2020 10:22 AM
**To:** Ellen Pennington <ellen.pennington@oilstates.com>
**Cc:** Lori Mettille <Lori.Mettille@mossadams.com>; Clay Hodges <Clay.Hodges@mossadams.com>
**Subject:** RE: Case

<mark>**EXTERNAL SENDER: This e-mail originated from outside of Oil States. Do not click links or open attachments unless you recognize the sender and know the content is safe.**</mark>

Ellen – we believe, in connection with Oil States filing an 1139 Form, the existing POA that was in place for Hcperf to control the 2017 audit process was revoked.

We will need another POA executed (see attached) such that we can work directly with the IRS to finish up the audit. Can you please sign the attached/let us know of questions. The plan would be to Check the Box on Section 6 such that the POA related to 1139 will remain in effect as well.

-Ben

---

**From:** Ellen Pennington <ellen.pennington@oilstates.com>
**Sent:** Tuesday, August 11, 2020 12:42 PM
**To:** Benjamin Burns <bburns@lrpartners.com>
**Cc:** McCormick Rick L <Rick.L.McCormick@irs.gov>
**Subject:** FW: Case

<mark>EXTERNAL EMAIL</mark>

Ben,

I spoke with Mr. McCormick today and it appears there has been a slight issue with the POA.  Clay, who originally had the POA, was superseded when an 1139 was filed by someone named Janet/Janice.  Mr. McCormick sent a courtesy email to Clay regarding this, but reached out to me as well. It may have already been taken care of, but wanted to pass it along to ensure Mr. McCormick could get in touch with the necessary people.

Thank you,

*Ellen L. Pennington*
Counsel & Assistant Corporate Secretary

OIL STATES INTERNATIONAL, INC.
Legal Department
333 Clay Street, Suite 4620
Houston, Texas 77002
Office: (713) 470-4870
Fax: 713-470-4855
ellen.pennington@oilstates.com

---

**From:** McCormick Rick L <Rick.L.McCormick@irs.gov>
**Sent:** Tuesday, August 11, 2020 6:54 AM
**To:** Ellen Pennington <ellen.pennington@oilstates.com>
**Subject:** RE: Case

==EXTERNAL SENDER: This e-mail originated from outside of Oil States. Do not click links or open attachments unless you recognize the sender and know the content is safe.==

Ms. Pennington,

I am sorry to bother you but something has come up and I need your help with.

Could I call you this morning at 8:30 to discuss it?

Thanks,

## Rick McCormick, CPA
Internal Revenue Service
55 N. Robinson
Mail Stop: 4222:RM
Oklahoma City, OK  73102
Phone: 405-982-6770
Fax:    877-331-3589
rick.l.mccormick@irs.gov
Employee Badge Number 1000668367

---

**From:** Ellen Pennington <ellen.pennington@oilstates.com>
**Sent:** Tuesday, January 28, 2020 9:15 AM

**To:** McCormick Rick L <Rick.L.McCormick@irs.gov>
**Cc:** Benjamin Burns <bburns@lrpartners.com>
**Subject:** RE: Case

Mr. McCormick,
I'm sorry but I don't have Clay's email address. I have, however, included Ben Burns who may be able to provide it.
Thank you,

*Ellen L. Pennington*
Counsel & Assistant Corporate Secretary

OIL STATES INTERNATIONAL, INC.
Legal Department
333 Clay Street, Suite 4620
Houston, Texas 77002
Office: (713) 470-4870
Fax: 713-470-4855
ellen.pennington@oilstates.com

---

**From:** McCormick Rick L [mailto:Rick.L.McCormick@irs.gov]
**Sent:** Tuesday, January 28, 2020 8:14 AM
**To:** Ellen Pennington <ellen.pennington@oilstates.com>
**Subject:** RE: Case

EXTERNAL EMAIL

Good morning Ellen,

I am sorry to bother you.

I was wondering if you could send me Clay's email address.

I was wanting to ask him about setting up the opening conference.

If you could send it to me, I would appreciate it.

Thanks,

*Rick McCormick, CPA*
Internal Revenue Service
55 N. Robinson
Mail Stop: 4222:RM
Oklahoma City, OK  73102
Phone: 405-982-6770
Fax:    877-331-3589
rick.l.mccormick@irs.gov
Employee Badge Number 1000668367

**From:** Ellen Pennington <ellen.pennington@oilstates.com>
**Sent:** Friday, January 24, 2020 10:39 AM
**To:** McCormick Rick L <Rick.L.McCormick@irs.gov>
**Subject:** RE: Case

Dear Mr. McCormick,
It was a pleasure speaking with you this morning.  Please find the officer certification as requested.  Ben Smith, President, has signed the POA and I have returned that to the Sellers noting that you and I spoke this morning.   Their designated tax representatives (per the POA), Moss Adams LLP, should be reaching out to you.

Please don't hesitate if you need anything else throughout the process.
Have a good weekend,

*Ellen L. Pennington*
Counsel & Assistant Corporate Secretary

OIL STATES INTERNATIONAL, INC.
Legal Department
333 Clay Street, Suite 4620
Houston, Texas 77002
Office: (713) 470-4870
Fax: 713-470-4855
ellen.pennington@oilstates.com

---

**From:** Ellen Pennington
**Sent:** Friday, January 24, 2020 9:27 AM
**To:** McCormick Rick L <Rick.L.McCormick@irs.gov>
**Subject:** RE: Case

Of course.  Please call me at your convenience on my office number.  I'm free all morning.
 Thank you,

*Ellen L. Pennington*
Counsel & Assistant Corporate Secretary

OIL STATES INTERNATIONAL, INC.
Legal Department
333 Clay Street, Suite 4620
Houston, Texas 77002
Office: (713) 470-4870
Fax: 713-470-4855
ellen.pennington@oilstates.com

---

**From:** McCormick Rick L [mailto:Rick.L.McCormick@irs.gov]
**Sent:** Friday, January 24, 2020 9:07 AM
**To:** Ellen Pennington <ellen.pennington@oilstates.com>
**Subject:** RE:Case

EXTERNAL EMAIL

Dear Ms. Pennington,

Would there be a time this morning that I could call and talk to you?

Thanks,


Rick McCormick, CPA
Internal Revenue Service
55 N. Robinson
Mail Stop: 4222:RM
Oklahoma City, OK   73102
Phone: 405-982-6770
Fax:     877-331-3589
rick.l.mccormick@irs.gov
Employee Badge Number 1000668367

---

**From:** Ellen Pennington <ellen.pennington@oilstates.com>
**Sent:** Thursday, January 23, 2020 11:31 AM
**To:** McCormick Rick L <Rick.L.McCormick@irs.gov>
**Cc:** Alina Choun <alina.choun@oilstates.com>; Jeff Steen <jeff.steen@oilstates.com>; Griggs, Garney <garney.griggs@clarkhillstrasburger.com>
**Subject:** Notice

Dear Mr. McCormick,
I am counsel for Oil States International, Inc. and I received your notice from our Tax department yesterday.  Oil States acquired GEODynamics on January 12, 2018.  Given the time period indicated in your notice, we have provided your notice (see email attached) to the Sellers of GEODynamics for their handling and review of the 2017 tax year audit.  I have indicated the requested contact date of January 24th to ensure a timely response, however they are just receiving notice today.  Oil States will be actively cooperating with the Sellers in this matter.  Should you require anything please contact us immediately.

Thank you,

*Ellen L. Pennington*
Counsel & Assistant Corporate Secretary

OIL STATES INTERNATIONAL, INC.
Legal Department
333 Clay Street, Suite 4620
Houston, Texas 77002
Office: (713) 470-4870
Fax: 713-470-4855
ellen.pennington@oilstates.com