| Shareholder | Group | Shares and Warrants | Percent |
|---|---|---:|---:|
| LRP IV & V (Shares and Warrants) | LimeRock | 3,197,520 | 66% |
| Oakall (Shares and Warrants) | Founders (Wesson and Potter) | 1,076,160 | 22% |
| GEODynamics Partners (Shares) | Founders (Wesson, Potter, Clark, Bell, | 465,256 | 10% |
| David S. Wesson (small direct piece) | Founder | 6,861 | 0% |
| Joslin and Davis (Legacy) | Founder (Davis) and Joslin (Legacy) | 111,110 | 2% |
| **Total** | | **4,856,907** | **100%** |

| Grouped | | |
|---|---:|---:|
| **Limerock** | 3,197,520 | 66% |
| **Founders** | 1,659,387 | 34% |
| **Total** | **4,856,907** | **100%** |


EXHIBIT T