UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HCperf Holdings B.V., | § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. H-20-02969 |
| GD Development Corporation and Oil States International, Inc., | § § § § | |
| Defendants. | § § | |

### Declaration of David Bissinger

I, David Bissinger, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746, as follows:

1. I am over the age of 21 and am otherwise competent to give this declaration. The facts stated in this affidavit are within my personal knowledge or information acquired through a reasonable inquiry and are true and correct.

2. I am outside counsel for Oil States International, Inc. ("Oil States") and GD Development Corporation ("GD Development") in the above-referenced case.

3. Attached as Exhibit A to GD Development's and Oil States's Motion to Dismiss ("the Motion to Dismiss") is a true and correct copy of a webpage from Lime Rock Partners' website ("Lime Rock Partners __Contact Us").

4. Attached as Exhibit B to the Motion to Dismiss is a true and correct copy of directions from Google Maps showing the walking route from Lime Rock to Oil States in downtown Houston, Texas.

5. Attached as <u>Exhibit C(1)</u> and <u>Exhibit C(2)</u> to the Motion to Dismiss are true and correct copies of biographies of Benjamin Burns from Lime Rock's website and LinkedIn.

6. Attached as <u>Exhibit D(1)</u> and <u>Exhibit D(2)</u> to the Motion to Dismiss are true and correct copies of biographies of J. William Franklin from Lime Rock's website and LinkedIn.

7. Attached as <u>Exhibit J</u> to the Motion to Dismiss is a true and correct copy the biography of Linda Kuiters from LinkedIn.

8. Attached as <u>Exhibit K(1)</u> and <u>Exhibit K(2)</u> to the Motion to Dismiss are true and correct copies of biographies of Gert Jan Rietberg from Intertrust, B.V.'s website and from LinkedIn.

9. Attached as <u>Exhibit L</u> to the Motion to Dismiss is a true and correct copy of excerpts from Intertrust, B.V.'s annual report for 2019 available from its website.

10. Attached as <u>Exhibit M</u> to the Motion to Dismiss is a true and correct copy of the biography of Benjamin Smith from LinkedIn.

Executed on October 9, 2020, in the City of Houston, County of Harris, State of Texas.

_____
David Bissinger